IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| MOHAMMAD ZAKI AMAWI, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No.3:13-cv-536-GPM-DGW |
| FEDERAL BUREAU OF PRISONS, | ) | |
| Defendant. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court on the Motion for Leave to file Amended Complaint (Doc. 20) and the Motion for Copies and Status (Doc. 21) filed by Plaintiff, Mohammad Zaki Amawi, on October 1, 2013 and November 20, 2013, respectively. For the reasons set forth below, the Motion to Amend is **DENIED WITHOUT PREJUDICE** and the Motion for Copies and Status is **GRANTED.**

Plaintiff has submitted a proposed Amended Complaint in which he appears to indicate that he submitted 120 Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, requests to the Bureau of Prisons and the Department of Justice. The proposed Amended Complaint does not comply with Local Rule 15.1 in that the new material is not underlined. In addition, the proposed Amended Pleading appears to be a response to the Motion to Dismiss or for Summary Judgment filed by Defendant on August 9, 2013 (to which Plaintiff has not responded despite being granted additional time, until November 15, 2013, to respond). Plaintiff may refile his Motion to Amend the Complaint and submit a proposed amended pleading that complies with Local Rule 15.1. Plaintiff is informed that the Court will construe Defendant's Motion as one for summary judgment and that he must respond or face the consequences outlined in this Court's August 28,

2013 Notice and Order (Doc. 17). It is not sufficient for Plaintiff to merely attempt to file an amended pleading: he must file a response.

Plaintiff also states that he filed a second motion for extension of time to respond to the Defendant's Motion. However, no such second motion has been docketed by the Clerk. In any event, Plaintiff is granted until **December 20, 2013** to respond to the Motion for Summary Judgment. The Clerk is **DIRECTED** to send to Plaintiff a copy of the docket sheet along with this Order.

**IT IS SO ORDERED.**

**DATED: November 22, 2013**

                                            **DONALD G. WILKERSON**
                                            **United States Magistrate Judge**